DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASBURY LEE PERKINS, II,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3276

[July 9, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia Cox, Dan Vaughn, and Robert Meadows, Judges; L.T. Case No. 312015CF001291A.

Daniel Eisinger, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

GERBER, J.

Pursuant to our remand instructions in *Perkins v. State*, 391 So. 3d 444 (Fla. 4th DCA 2024) ("*Perkins I*"), this case returns to us after the second successor circuit court judge—Judge Robert Meadows—conducted a hearing to determine whether a nunc pro tunc competency evaluation was possible in the defendant's case.

Judge Meadows has provided us with his amended order reporting that he was able to conduct a nunc pro tunc competency evaluation. Judge Meadows' nunc pro tunc competency evaluation has determined—through his review of the record, the evidence, and contemporaneous expert testimony—that the defendant was competent throughout the entirety of the jury trial and sentencing between October 10 and December 8, 2022.

To aid our review of that determination, Judge Meadows' order has delineated for us, in great detail, the procedural history which he undertook to conduct a nunc pro tunc competency evaluation, as well as the evidence and factual findings upon which he had relied to determine

the defendant was competent throughout the entirety of the jury trial and sentencing between October 10 and December 8, 2022. We commend Judge Meadows for providing us with such helpful detail. We particularly commend Judge Meadows for having proceeded with the nunc pro tunc competency evaluation as we had mandated in *Perkins I*, despite the self-represented defendant's subsequent waiver of his claim that he was not competent throughout the entirety of the jury trial and sentencing between October 10 and December 8, 2022.

We approve Judge Meadows' independent determination that the defendant was competent throughout the entirety of the jury trial and sentencing between October 10 and December 8, 2022. Based on that approval, and based on our prior affirmance in *Perkins I* of the defendant's remaining argument on appeal, we affirm the defendant's convictions for first-degree murder and attempted escape.

*Affirmed.*

KUNTZ, C.J, and WARNER, J., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***